UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 09-14165-MGW
CHAPTER 7 CASE

IN RE:

SHEETAL J SHAHABUDDIN
*Fka* SHITAL JIVANI SHAHABUDDIN
*aka* SHITAL JIVANI

Debtor.

_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CASE was considered by the Bankruptcy Court upon Motion for Relief from Stay filed

with negative notice (Docket # 11) by **AURORA LOAN SERVICES, LLC**. The Debtor (s)

failed to respond to the negative notice. Therefore, it is

Accordingly it is **ORDERED**

1. That the Motion of **AURORA LOAN SERVICES, LLC** for Relief from Stay is granted.

2. The Automatic Stay imposed by §362 of the Bankruptcy Code is modified to permit
   Movant to file and prosecute through sale, issuance of title and execution of a writ of
   possession in a foreclosure action and/or replevin action as to property described as:

   > **LOT 10, BLOCK B, OF TURTLE CROSSING
   > SUBDIVISION, ACCORDING TO THE PLAT THEREOF
   > AS RECORDED IN PLAT BOOK 95, PAGES 45-1
   > THROUGH 45-5, OF THE PUBLIC RECORDS OF
   > HILLSBOROUGH COUNTY, FLORIDA.**

   > **A/K/A: 5521 TURTLE CROSSING, TAMPA, FL 33625**

3. That the Order Granting Relief from the Automatic Stay is entered for the sole
   purpose of allowing Movant to proceed in rem and Movant shall not seek or obtain
   an in personam judgment against the Debtor(s).

4. Award Bankruptcy fees and cost of $_550.00_ for the Prosecution of the Motion.

09-40543

5. The (10) ten day Stay of the Order Granting Relief from Stay pursuant to the Bankruptcy Rule 4001 (a) (3) is Waived so that **AURORA LOAN SERVICES, LLC**, can pursue its in rem remedies without further delay.

**DONE** and **ORDERED** at Tampa, FL   August 24, 2009

_____
Michael G. Williamson
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

COPIES FURNISHED TO:

ATTN: SCOTT WEISS, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

SHEETAL J SHAHABUDDIN
5521 TURTLE CROSSING LOOP
TAMPA, FL 33625

NAUSHAD SHAHABUDDIN
5521 TURTLE CROSSING
TAMPA, FL 33625

V JOHN BROOK
2520 ML KING STREET NORTH
SAINT PETERSBURG, FL 33704

UNITED STATES TRUSTEE - TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

KENDALL BONNER
B & B LAW GROUP
16017 N. FLORIDA AVENUE, #123
LUTZ, FL 33549